164 A.3d 389

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ERIC GRAY, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004273–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 390

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. O.C.Q., DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001621–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.